IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

MICHAEL EDWARDS, et al.,

              Plaintiffs,

v.

SHREVE TRAVEL SERVICE, et al.,

              Defendants.

Civil No.  08-1174 (NLH)

## ORDER OF ADMINISTRATIVE TERMINATION WITHOUT PREJUDICE

Due to the fact that a state Indictment has recently been returned against plaintiff and defendant for the same transactions and occurrences that are the subject of plaintiff's complaint, and in the interest of justice to avoid undue prejudice to the parties from the simultaneous prosecution of this civil case and the related pending criminal case, until further Order of this Court this matter is administratively terminated, without prejudice.


                                    s/ Joel Schneider
                                    JOEL SCHNEIDER
                                    United States Magistrate Judge

Dated: April 2, 2008
cc: Hon. Noel L. Hillman